IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:26-CT-3072-FL

WILLIAM EUGENE PARKS, II, B.M.P, M.J.L.P., and J.L.T., )

Plaintiffs,[1] )

v. )

TM WELLS, JERRY MURPHY, CAPTAIN HANBY, LT. PITTMAN, DEPARTMENT OF JUSTICE, ADAM NETTLE, MR. COMMACHO, DUSTY, HOME ADVISOR, UNITED RENTALS, ANDY BATTEN, DYLAN KING, LT. HUDSON, JUDGE GILBERT, JUDGE JASON KIMBLE, JUDGE CRAIG JAMES, LINDSEY SHORT, CAROL POLLY DARBY, FORT BRAGG JSOC, JEFF DILLINGER, CLERK'S OFFICE, BEN ATKINS, BACON COUNTY JAIL, JOHN DOE FBI AGENTS, DEBORAH PARKS, UNKNOWN GBI AGENTS, UNKNOWN SBI AGENTS, and CORRECTIONS OFFICERS, )

Defendants. )

ORDER

This matter is before the court on plaintiff's failure to respond to the court's March 17, 2026, order of deficiency. Therein, the court explained that the complaint was not signed by all plaintiffs, there was insufficient address information provided for certain defendants, that each plaintiff must either pay the filing fee or file application to proceed without prepayment of fees, and that address information was not provided for each plaintiff. (DE 4). The court warned

---

[1] The court refers to minor plaintiffs by their initials. See Fed. R. Civ. P. 5.2(a)(3).

plaintiff that failure to correct these deficiencies within 21 days of entry of the order may result in dismissal of this action without prejudice. As of the date hereof, plaintiff has not complied with the court's order. Accordingly, this action is dismissed without prejudice for failure to prosecute and for failure to comply with a court order. See Fed. R. Civ. P. 41(b). The clerk shall TERMINATE as moot all pending motions (DE 2, 6, 10).

SO ORDERED, this the 22nd day of July, 2026.

LOUISE W. FLANAGAN
United States District Judge

2